UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-02478-SDM-SPF

ANNA NUNN, Individually,

    Plaintiff

v.

TRUIST BANK AND TRUIST FINANCIAL CORP.,
AS SUCCESSORS-IN-INTEREST TO BRANCH
BANKING AND TRUST COMPANY

    Defendant(s).
_____/

## JOINT STIPULATION FOR AGREED ORDER ON MOTION TO COMPEL ARBITRATION

Plaintiff, Anna Nunn ("Plaintiff") and Truist Bank and Truist Financial Corporation (collectively, "Truist") by and through undersigned counsel, hereby stipulate to an agreed order directing Plaintiff's Claims to arbitration and staying this action. Specifically, the parties stipulate as follows:

    1.    The Parties agree to arbitrate Plaintiff's claims in binding arbitration before a single arbitrator to be administered by JAMS.

    2.    As part of their agreement to resolve the Motion, the parties have entered into a confidential discovery plan, which shall be presented to and enforced by the arbitrator. Any disputes between the parties, including discovery disputes, shall be resolved exclusively by the arbitrator.

    3.    The case is stayed, pending the completion of arbitration.

    4.    All other pending motions are denied as moot.

STIPULATED this 17th day of December, 2021,

*/s/ Nicholas S. Agnello*
Nicholas S. Agnello, Esq. (FL Bar No. 90844)
David Elliott, Esq. (FL Bar No. 94237)
BURR & FORMAN LLP
350 E. Las Olas Boulevard, Suite 1440
Fort Lauderdale, FL 33301
Telephone: (954) 414-6202
Facsimile: (954) 414-6201
Service Email: FLservice@burr.com
Secondary Email: nagnello@burr.com
Secondary Email: rzamora@burr.com
*Counsels for Truist*

*/s/ Gary von Stange*
Guy M. Burns, Esq. (FL Bar No. 160901)
Gary von Stange, Esq. (FL Bar No. 1030694)
490 1st Avenue South, Suite 700
St. Petersburg, FL 33701
Telephone: (727) 999-9900
Primary Email: gburns@jpfirm.com
Primary Email: gvs@jpfirm.com
*Counsel for Plaintiff Anna Nunn*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 17, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon:

Guy M. Burns, Esq.
Gary Ragnar von Stange, Esq.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
490 First Avenue South, Suite 700
St. Petersburg, FL 33701
Email: guyb@jpfirm.com
Email: gvs@jpfirm.com
Email: conniel@jpfirm.com
*Counsels for Plaintiff*

/s/ *Nicholas S. Agnello*
Nicholas S. Agnello, Esq. (FL Bar No. 90844)
BURR & FORMAN LLP